

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Jonathan S. Tsuei*
*Special Assistant United States Attorney*
*Jonathan.Tsuei@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4960*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

August 19, 2022

The Honorable Deborah L. Boardman
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

RE:   Status Report (DLB-22-0038)
      United States of America v. Cameron Taylor, et al.

Dear Judge Boardman:

The Government submits this status report in the above-captioned case. On March 22, 2022, a grand jury sitting in the District of Maryland returned a superseding indictment charging the Defendants, Tyjae Bladen, Cameron Taylor, Brian Brownell, and Maurice Dacosta, with: (1) one count of conspiracy to engage in the business of dealing in firearms without a license (Count 1); (2) thirteen counts of engaging in the business of dealing in firearms without a license (Counts 2-14); and Bladen and Taylor with three additional counts of unlawful possession of a machinegun (Counts 15-17).

On March 30, 2022, Defendants Brownell and Dacosta had their initial appearances on the superseding indictment. On May 6, 2022, Bladen had his initial appearance on the superseding indictment. The Government has requested when Taylor is available for an initial appearance on the superseding indictment. All four Defendants are on pre-trial release. The Government is producing discovery on a rolling basis.

The parties are actively involved in negotiating a potential pretrial resolution of this case. If the Court is amenable, the Government will provide another status update in 60 days. Accordingly, the Government is contemporaneously filing a Consent Motion to Exclude Time under the Speedy Trial Act.

If the Court has any questions, please do not hesitate to reach out.

Respectfully submitted,

Erek L. Barron
United States Attorney

\_\_\_\_\_/s/_____
Jonathan S. Tsuei
Special Assistant United States Attorney

Filed via ECF on August 19, 2022